

# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
Eastern District of Oklahoma
P. O. Box 607
MUSKOGEE, OKLAHOMA 74402-0607

PATRICK KEANEY
Clerk

TELEPHONE
(918) 684-7920

December 10, 2014

**RECEIVED**

**DEC 1 5 2014**

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

Mr. Thomas G. Bruton, Clerk
U.S. District Court
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

RE: EDOK Case No. 6:14-mj-61-01-SPS, USA v. PABLO VEGA CUEVAS
NDIL Case No. 1:14-cr-705-1

**MAGISTRATE JUDGE SCHENKIER**

Dear Mr. Bruton,

Enclosed please find certified copies of the following, which constitute the Rule 5 proceedings held in this district as to Pablo Vega Cuevas:

1. Docket Sheet
2. Minutes of Rule 5 Initial Appearance of 12/09/14
3. Order Appointing Counsel with Financial Affidavit attached
4. Waiver of Rule 5 & 5.1 Hearings
5. Order of Commitment to Another District

Please sign and return a copy of this letter in the enclosed self-addressed, stamped envelope. If we can be of further assistance, please feel free to contact us.

PATRICK KEANEY, Clerk

By:  s/ N. Davis
     Deputy Clerk

**FILED
DEC 2 3 2014
PATRICK KEANEY
By_____ Clerk, U.S. District Court
       Deputy Clerk**

PK/nd
Enclosures